| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Stephen Stublarec (Bar No. 69451) |
| 2 | Belinda S Lee (Bar No. 199635) |
| | Betsy A. Williams (Bar No. 253757) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California  94111-6538 |
| 4 | Telephone:  (415) 391-0600 |
| | Facsimile:  (415) 395-8095 |
| 5 | Email:   Steve.Stublarec@lw.com |
| | Email:   Belinda.Lee@lw.com |
| 6 | Email:   Betsy.Williams@lw.com |
| 7 | Attorneys for Defendant |
| | SAFEWAY INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, and JENNIFER ROSEN, on behalf of themselves and all others similarly situated, <br><br>       Plaintiffs, <br><br>       v. <br><br>SAFEWAY, INC. and DOES ONE through TWENTY, inclusive <br><br>       Defendants. | CASE NO. C 11-01230 <br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE BRIEFS** <br><br>**[CIVIL LOCAL RULES 6-1, 6-2, AND 7-12]** |

1      WHEREAS, defendant Safeway Inc. ("Safeway") removed this case from the Superior Court of the State of California for the County of Alameda to this Court on March 14, 2011;

2      WHEREAS, pursuant to Local Rule 6-1(a), the parties to this proceeding have previously stipulated to enlarge the time for Safeway to answer or otherwise respond to plaintiffs' complaint to April 4, 2011; and

3      WHEREAS, plaintiffs have requested an extension of the briefing schedule if a motion challenging the complaint is filed by Safeway and Safeway so consents;

4      WHEREAS, pursuant to Civil Local Rule 6-2(a), counsel for Safeway is concurrently filing a declaration in support of this Stipulation and [Proposed] Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

1. Plaintiffs will file any opposition to a motion challenging the complaint on May 9, 2011;

2. Safeway will file any reply to plaintiffs' opposition brief on May 23, 2011; and

3. Safeway will notice any motion challenging the complaint for a hearing during the week of June 6, 2011, or the Court's next available date for law and motion.

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulation has been obtained from each of the signatories, pursuant to General Order 45 X.B.

Dated:  March 21, 2011                    Respectfully submitted,

                                          LATHAM & WATKINS LLP
                                             Stephen Stublarec
                                             Belinda S Lee
                                             Betsy A. Williams


                                          By      /s/ BELINDA S LEE
                                             Belinda S Lee
                                             Attorneys for Defendant
                                             SAFEWAY INC.

1 | Dated: March 21, 2011  Respectfully submitted,

CONSUMER LAW PRACTICE
OF DANIEL T. LEBEL

By _____/s/ DANIEL T. LEBEL_____
Daniel T. LeBel
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __4/1/11_____  By: _____
United States District Judge

SF\824512