LATHAM & WATKINS LLP
  Stephen Stublarec (Bar No. 69451)
  Belinda S Lee (Bar No. 199635)
  Betsy A. Williams (Bar No. 253757)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Steve.Stublarec@lw.com
Email:   Belinda.Lee@lw.com
Email:   Betsy.Williams@lw.com

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>SAFEWAY, INC. and DOES ONE through TWENTY, inclusive<br><br>            Defendants. | CASE NO. C 11-01230 RS<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING DEADLINE TO RESPOND TO COMPLAINT AND FILING DEADLINES**<br><br>**[CIVIL LOCAL RULES 6-1, 6-2, AND 7-12]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER ENLARGING
DEADLINE TO RESPOND AND FILING DEADLINES
CASE NO. C 11-01230 RS

1   WHEREAS, pursuant to Local Rule 6-1(a), the parties to this proceeding have previously stipulated to enlarge the time for Safeway to answer or otherwise respond to plaintiffs' complaint to April 4, 2011; and

4   WHEREAS, pursuant to Civil Local Rule 6-2(a), the parties stipulated to an enlarged briefing schedule for any response setting any opposition to a motion challenging the complaint on May 9, 2011 and any reply on May 23, 2011, which the Court entered on April 1, 2011 (Dkt. No. 17); and

8   WHEREAS, defendant Safeway has requested and plaintiffs have agreed to a modest additional enlargement to the current response and briefing dates by three days;

10  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

12  1.   Safeway will file its response to the Complaint on April 7, 2011;

13  2.   Plaintiffs will file any opposition to a motion challenging the complaint on May 12, 2011;

15  2.   Safeway will file any reply to plaintiffs' opposition brief on May 26, 2011.

16  **IT IS SO STIPULATED AND AGREED.**

18  Authority for and concurrence in the filing of this stipulation has been obtained from each of the signatories, pursuant to General Order 45 X.B.

Dated:  April 1, 2011                Respectfully submitted,

LATHAM & WATKINS LLP
Stephen Stublarec
Belinda S Lee
Betsy A. Williams


By      /s/ BELINDA S LEE
Belinda S Lee
Attorneys for Defendant
SAFEWAY INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER ENLARGING
DEADLINE TO RESPOND AND FILING DEADLINES
CASE NO. C 11-01230 RS

1 | Dated: April 1, 2011     Respectfully submitted,

2 | CONSUMER LAW PRACTICE OF DANIEL T. LEBEL

4 | By    /s/ DANIEL T. LEBEL
Daniel T. LeBel
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 | DATED: __4/4/11_____    By: _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

SF\826176

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER ENLARGING
DEADLINE TO RESPOND AND FILING DEADLINES
CASE NO. C 11-01230 RS