*E-Filed 6/20/11*

JESSE F. RUIZ [SBN. 77984]
 *jfr@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendant
SAFEWAY INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, et al., <br><br>          Plaintiffs, <br><br> vs. <br><br> SAFEWAY, INC., et al., <br><br>          Defendants. | Case No. C 11-01230 RS <br><br> **CLASS ACTION** <br><br> **APPLICATION AND CONSENT FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

TO:     ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

Notice is hereby given that, subject to approval by the Court, SAFEWAY INC. substitutes Jesse F. Ruiz, State Bar No. 77984 and Robinson & Wood, Inc., as counsel of record in place of Steven Stublarec, Belinda S. Lee, Betsy A. Williams and Latham & Watkins, LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA  94111.

Contact information for new counsel is as follows:

> Jesse F. Ruiz
> Robinson & Wood, Inc.
> 227 North First Street
> San Jose, CA  95113
>
> Telephone:  (408) 298-7120
> Facsimile:   (408) 298-0477
> Email:  jfr@robinsonwood.com

1  I consent to the above substitution.
2  Dated: June 17, 2011                                    SAFEWAY INC.

                                                           By: _____
                                                               VALERIE D. LEWIS
                                                               On behalf of SAFEWAY INC.

8  I consent.
9  Dated: June 17, 2011                                    LATHAM & WATKINS LLP

                                                           By: _____
                                                               STEPHEN STUBLAREC
                                                               BELINDA S. LEE
                                                               BETSY A. WILLIAMS

15  I consent.
16  Dated: June 17, 2011                                   ROBINSON & WOOD, INC.

                                                           By: _____
                                                               JESSE F. RUIZ


### ORDER GRANTING SUBSTITUTION OF ATTORNEY

The substitution of attorney is hereby approved and so ORDERED.

DATED: June 20, 2011

_____
HON. RICHARD SEEBORG
Judge of the United States District Court