STEPHEN GARDNER (*PRO HAC VICE*)
**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
5646 Milton Street, Suite 211
Dallas, Texas 75206

*Counsel for Plaintiffs and the Proposed Class*

JESSE F. RUIZ, SBN 77984
**ROBINSON & WOOD, INC.**
227 N. 1st Street
San Jose, CA 95113
jfr@robinsonwood.com
Tel: (408) 298-7120
Fax: (408) 298-0477

*Counsel for Defendant, Safeway, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and those similarly situated, <br> Plaintiffs, <br><br> v. <br><br> SAFEWAY, INC. and DOES 1-20, <br> Defendants. | Case No. CV 11-01230 RS <br><br> **JOINT PROPOSED BRIEFING SCHEDULE FOR CLASS CERTIFICATION (REVISED)** |

Pursuant to the Court's Civil Minute Order dated July 14, 2011 (Doc. 48), the parties submit this Joint Proposed Briefing Schedule for Class Certification.

1. **Class Certification**. Plaintiffs' class certification motion pursuant to Federal Rule of Civil Procedure 23 shall be filed with an opening brief on or before April 9, 2012. Defendant's opposition brief shall be filed no later than 45 days after filing of the motion. Plaintiffs' reply brief shall be filed no later than 45 days after filing of the opposition brief. After the Court rules on class certification, the parties will submit proposed dates for merits discovery, dispositive motions, and trial.

**2.**     **Hearing on Class Certification.** Hearing on the class certification motion will be set for July 26, 2012 at 1:30 p.m.

**3.**     **Pre-Discovery Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by August 15, 2011.

**4.**     **Discovery.** The parties will serve all discovery requests so as to be completed by March 15, 2012. As required by Fed.R.Civ.P. 26(a)(2), reports from experts retained relating to class certification are due from the parties by January 16, 2012, and reports from rebuttal experts retained relating to class certification are due by February 15, 2012.

**5.**     **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before March 26, 2012.

**6.**     **Joinder of Parties**. All motions to join additional parties shall be filed on or before March 26, 2012.

Dated: July 21, 2011

Respectfully submitted,

**Center for Science in the Public Interest**          **Robinson & Wood, Inc.**

Stephen Gardner                                                     Jesse F. Ruiz
Seema Rattan                                                          227 N. 1st Street
5646 Milton Street, Suite 211                                San Jose, CA 95113
Dallas, TX 75206                                                     Telephone: (408) 298-7120
Telephone: (214) 827-2774                                   Facsimile: (408) 298-0477
Facsimile: (214) 827-2787                                    *Counsel for Defendant, Safeway, Inc.*
*Lead Counsel for Plaintiffs*

                               - and -                                       IT IS SO ORDERED:

**Consumer Law Practice of Daniel T. LeBel**

Daniel T. LeBel          Dated: 7/21/11                 RICHARD SEEBORG
601 Van Ness Avenue,                                         UNITED STATES DISTRICT JUDGE
Opera Plaza, Suite 2080
San Francisco, CA 94102

---

**JOINT PROPOSED BRIEFING SCHEDULE FOR CLASS CERTIFICATION**
Case No. CV 11-01230 RS
2

Telephone: (415) 513-1414
Fascimile: (877) 563-7848

    - and -

**Mehri & Skalet, PLLC**
Steven A. Skalet
Craig L. Briskin
1250 Connecticut Ave., N.W., Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

    - and -

**The Sturdevant Law Firm, APC**
James C. Sturdevant
Whitney B. Stark
354 Pine Street, Fourth Floor
San Francisco CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

*Counsel for Plaintiffs and the Proposed Class*

**JOINT PROPOSED BRIEFING SCHEDULE FOR CLASS CERTIFICATION**
Case No. CV 11-01230 RS
3