JESSE F. RUIZ [SBN. 77984]
*jfr@robinsonwood.com*
GABRIEL G. GREGG [SBN. 187333]
*ggg@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone:   (408) 298-7120
Facsimile:   (408) 298-0477

Attorneys for Defendant
SAFEWAY INC.

Stephen H. Gardner (Pro Hac Vice)
   Steve@consumerhelper.com
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, TX 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY INC. and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION RE REVISED JOINT ~~PROPOSED~~ SCHEDULE FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. Richard Seeborg<br>Dept.:    3 - 17th floor |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Revised Joint Proposed Briefing Schedule for Class Certification in this action which modifies the Court's previous Order re Joint Briefing Schedule for Class Certification (Doc. 51). As set forth in the accompanying Declaration of Jesse F. Ruiz, the parties have agreed and arranged to engage in mediation of this action with Martin Quinn, Esq. of JAMS, which has been scheduled for April 24, 2012. The mutually-agreeable revised briefing schedule set forth in this Stipulation will provide

STIPULATION RE REVISED JOINT ~~PROPOSED~~ SCHEDULE FOR CLASS CERTIFICATION

1  the parties the time to undertake such mediation in good faith without the complication and
2  imposition of immediate scheduling obligations in this action.

3     1. **Class Certification.** Plaintiffs' class certification motion pursuant to Federal Rule
4  of Civil Procedure 23 shall be filed with an opening brief on or before June 12, 2012. Defendant's
5  opposition brief shall be filed on or before July 30, 2012. Plaintiffs' reply brief shall be filed on or
6  before September 17, 2012. After the Court rules on class certification, the parties will submit
7  proposed dates for merits discovery, dispositive motions, and trial.

8     2. **Hearing on Class Certification.** Hearing on the class certification motion will be
9  set for October 11, 2012 at 1:30 p.m.

10     3. **Experts and Discovery.** As required by Fed. R. Civ. P. 26(a)(2), reports from
11  experts retained relating to class certification are due from the plaintiffs by June 12, 2012, and
12  from defendant by July 30, 2012. Reports from rebuttal experts retained relating to class
13  certification are due by September 17, 2012. The parties will serve all discovery requests relating
14  to class certification so as to be completed by August 31, 2012, however, for good cause shown, a
15  party may conduct class action discovery solely relating to rebuttal expert reports after August 31,
16  2012.

17     4. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed
18  on or before March 26, 2012 (the previously ordered date).

19     5. **Joinder of Parties.** All motions to join additional parties shall be filed on or
20  before March 26, 2012 (the previously ordered date).

**Dated:** March 20, 2012

Respectfully submitted,

| **Center for Science in the Public Interest** | **Robinson & Wood, Inc.** |
|---|---|
| /s/ Stephen Gardner | /s/ Gabriel G. Gregg |
| Stephen Gardner | Jesse F. Ruiz |
| Seema Rattan | Gabriel G. Gregg |
| 5646 Milton Street, Suite 211 | 227 N. 1st Street |
| Dallas, TX 85206 | San Jose, CA 95113 |
| Telephone: (214) 827-2774 | Telephone: (408) 298-7120 |
| Facsimile: (214) 827-2787 | Facsimile: (408) 298-0477 |

Consumer Law Practice of Daniel T. LeBel
Daniel T. LeBel
601 Van Ness Avenue
Opera Plaza, Suite 2080
San Francisco, CA 94102

-and-

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

-and-

Whitney Stark
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

-and-

James C. Sturdevant
The Sturdevant Law Firm
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

\* \* \* \* \*

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: March 20, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE