JESSE F. RUIZ [SBN. 77984]
jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
ggg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
SAFEWAY INC.

Stephen H. Gardner (Pro Hac Vice)
Steve@consumerhelper.com
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, TX 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY INC. and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Richard Seeborg<br>Dept.: 3 - 17th floor |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Revised Joint Proposed Briefing Schedule for Class Certification in this action which modifies the Court's previous Order re Joint Briefing Schedule for Class Certification (Doc. 57). As set forth in the accompanying Declaration of Jesse F. Ruiz, the parties held a full day of mediation before Martin Quinn, Esq. of JAMS on April 24, 2012. The parties continue to work with Mr. Quinn in hope of resolving this litigation. The mutually-agreeable revised briefing schedule set forth in this

Stipulation will provide the parties the time to continue and complete the mediation process in good faith without the complication and imposition of immediate scheduling obligations in this action.

1. **Class Certification.** Plaintiffs' class certification motion pursuant to Federal Rule of Civil Procedure 23 shall be filed with an opening brief on or before August 13, 2012. Defendant's opposition brief shall be filed no later than 45 days after filing of the motion. Plaintiffs' reply brief shall be filed no later than 45 days after filing of the opposition brief. After the Court rules on class certification, the parties will submit proposed dates for merits discovery, dispositive motions, and trial.

2. **Hearing on Class Certification.** Hearing on the class certification motion will be set for December ~~11~~ 13, 2012 at 1:30 p.m.

3. **Experts and Discovery.** As required by Fed. R. Civ. P. 26(a)(2), reports from experts retained relating to class certification are due from the plaintiffs by August 13, 2012, and from defendant by September 27, 2012. Reports from rebuttal experts retained relating to class certification are due by November 19, 2012. The parties will serve all discovery requests relating to class certification so as to be completed by October 31, 2012, however, for good cause shown, a party may conduct class discovery solely relating to rebuttal expert reports after October 31, 2012.

**Dated:** May 22, 2012

Respectfully submitted,

**Center for Science in the Public Interest**

*/s/ Stephen Gardner*

Stephen Gardner
Seema Rattan
5646 Milton Street, Suite 211
Dallas, TX 85206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Consumer Law Practice of Daniel T. LeBel
Daniel T. LeBel
601 Van Ness Avenue
Opera Plaza, Suite 2080

**Robinson & Wood, Inc.**

*/s/ Gabriel G. Gregg*

Jesse F. Ruiz
Gabriel G. Gregg
227 N. 1st Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

San Francisco, CA 94102

-and-

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

-and-

Whitney Stark
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

-and-

James C. Sturdevant
The Sturdevant Law Firm
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

* * * * *

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: May 22, 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

**ATTESTATION CLAUSE**

I, Gabriel G. Gregg, hereby attest in accordance with General Order 45.X that Stephen Gardner, counsel for Plaintiffs Hensley-Maclean and Rosen, provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION.

Dated: May 22, 2012                                   ROBINSON & WOOD, INC.


                                                     By:   */s/ Gabriel G. Gregg*
                                                           JESSE F. RUIZ
                                                           GABRIEL G. GREGG
                                                     Attorneys for Defendant
                                                     SAFEWAY INC.