STEPHEN GARDNER (*PRO HAC VICE*)
sgardner@cspinet.org
**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
5646 Milton Street, Suite 211
Dallas, Texas 75206
Telephone: (214) 827-2774
Facsimile:   (214) 827-2787

*Counsel for Plaintiffs and the Proposed Class*

JESSE F. RUIZ, SBN 77984
**ROBINSON & WOOD, INC.**
227 N. 1st Street
San Jose, CA 95113
jfr@robinsonwood.com
Telephone: (408) 298-7120
Facsimile:   (408) 298-0477

*Counsel for Defendant, Safeway, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>SAFEWAY, INC. and DOES 1-20,<br>Defendants. | Case No. CV 11-01230 RS<br><br>**STIPULATION RE JOINT PROPOSED BRIEFING SCHEDULE FOR CLASS CERTIFICATION (REVISED)** |

Pursuant to the Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Revised Joint Proposed Briefing Schedule for Class Certification which modifies the Court's previous Order re Revised Joint Briefing Schedule for Class Certification (Doc. 60). As set forth in the accompanying Declaration of Stephen Gardner, the parties have engaged in mediation of this action, and continue to work with Martin Quinn, Esq. of JAMS. Mr. Quinn underwent surgery in July, and as a consequence was unavailable until

early August. In the interim, the parties made positive progress on key issues in dispute and major milestones in the settlement have been reached. Now that Mr. Quinn has returned, discussions are on track, and the parties wish to continue working together toward a positive and mutually agreeable resolution. Thus, the parties propose postponing class certification briefing in order to continue refining and finalizing the terms of a potential settlement agreement. The agreed proposed briefing schedule set forth in this Stipulation will provide the parties sufficient time to continue mediation in good faith without the complication and imposition of immediate scheduling obligations in this action.

1. **Class Certification**. Plaintiffs' class certification motion pursuant to Federal Rule of Civil Procedure 23 shall be filed with an opening brief on or before October 16, 2012. Defendant's opposition brief shall be filed no later than 45 days after filing of the motion. Plaintiffs' reply brief shall be filed no later than 45 days after filing of the opposition brief. After the Court rules on class certification, the parties will submit proposed dates for merits discovery, dispositive motions, and trial.

**2.** **Hearing on Class Certification.** Hearing on the class certification motion will be set for February 14, 2013, at 1:30 p.m.

**3.** **Experts and Discovery.** As required by Fed. R. Civ. P. 26(a)(2), reports from experts retained relating to class certification are due from the plaintiffs by October 16, 2012, and from defendant by November 30, 2012. Reports from rebuttal experts retained relating to class certification are due by January 14, 2013. The parties will serve all discovery requests relating to class certification so as to be completed by January 14, 2013. However, for good cause shown, a party may conduct class discovery solely relating to rebuttal expert reports after January 14, 2013.

As attested on the following page, concurrence in the filing of this document has been obtained from the other Signatory.

Dated: August 8, 2012

Respectfully submitted,

| **Center for Science in the Public Interest** | **Robinson & Wood, Inc.** |
|---|---|
| /s/ Stephen Gardner<br>Stephen Gardner<br>Seema Rattan<br>5646 Milton Street, Suite 211<br>Dallas, TX 75206<br>Telephone: (214) 827-2774<br>Facsimile:   (214) 827-2787<br>*Lead Counsel for Plaintiffs* | /s/ Jesse F. Ruiz<br>Jesse F. Ruiz<br>227 N. 1st Street<br>San Jose, CA 95113<br>Telephone: (408) 298-7120<br>Facsimile:   (408) 298-0477<br>*Counsel for Defendant, Safeway, Inc.* |

- and -

**Consumer Law Practice of Daniel T. LeBel**

Daniel T. LeBel
601 Van Ness Avenue,
Opera Plaza, Suite 2080
San Francisco, CA 94102
Telephone: (415) 513-1414
Fascimile:   (877) 563-7848
- and -
**Mehri & Skalet, PLLC**
Steven A. Skalet
Craig L. Briskin
1250 Connecticut Ave., N.W., Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile:   (202) 822-4997
- and -
**The Sturdevant Law Firm, APC**
James C. Sturdevant
Whitney B. Stark
354 Pine Street, Fourth Floor
San Francisco CA  94104
Telephone: (415) 477-2410
Facsimile:   (415) 477-2420

*Counsel for Plaintiffs and the Proposed Class*

1
2  **PURSUANT TO STIPULATION IT IS SO ORDERED:**
3
4
5  Dated: August  9, 2012                                                  _____
6                                                                                              RICHARD SEEBORG
                                                                                                UNITED STATES DISTRICT
7  JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  **STIPULATION RE JOINT PROPOSED BRIEFING SCHEDULE FOR CLASS CERTIFICATION (REVISED)**
    Case No. CV 11-01230 RS
    4