1   JESSE F. RUIZ [SBN. 77984]
      *jfr@robinsonwood.com*
2   GABRIEL G. GREGG [SBN. 187333]
      *ggg@robinsonwood.com*
3   ROBINSON & WOOD, INC.
    227 N 1st Street
4   San Jose, California  95113
    Telephone:    (408) 298-7120
5   Facsimile:    (408) 298-0477

6   Attorneys for Defendant
    SAFEWAY INC.

7

8   Stephen H.  Gardner (Pro Hac Vice)
      Steve@consumerhelper.com
    Center for Science in the Public Interest
9   5646 Milton Street, Suite 211
    Dallas, TX  75206
10  Telephone: (214) 827-2774
    Facsimile: (214) 827-2787

11

12  Attorneys for Plaintiffs and the Proposed Class

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

16  DEE HENSLEY-MACLEAN and JENNIFER        Case No. 3:11-CV-01230 RS
    ROSEN, on behalf of themselves and all
17  others similarly situated,              **CLASS ACTION**

18              Plaintiffs,                 **STIPULATION RE REVISED JOINT
                                            PROPOSED SCHEDULE FOR CLASS
19  vs.                                     CERTIFICATION
                                            (SECOND REVISION)**
20  SAFEWAY INC. and DOES ONE through
    TWENTY, inclusive,                      Judge:    Hon. Richard Seeborg
21                                          Dept.:    3 - 17th floor
                Defendants.
22

23          Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Revised

24  Joint Proposed Briefing Schedule for Class Certification in this action which modifies, in part, the

25  Court's previous Order re Joint Briefing Schedule for Class Certification (Dkt. 62).

26          As set forth in the accompanying Declaration of Gabriel G. Gregg, the plaintiffs filed

27  papers associated with their Motion for Class Certification on October 16, 2012.  In connection

28  with Safeway Inc.'s ("Safeway") opposition to this motion, the parties have encountered certain

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (SECOND
REVISION)

1    discovery issues which they now agree compels them to seek a (likely final) stipulation requesting

2    an extension of the remaining briefing schedule and rescheduling of this Court's hearing date re

3    class certification.

4        First, on October 22, 2012, Safeway served written discovery concerning class certification

5    on the two proposed class representatives.  Safeway had previously propounded written discovery

6    earlier this year, however, that set was placed on hold pending the parties' mediation efforts and

7    settlement discussions.  Plaintiffs have attempted to expedite their responses to both sets of written

8    discovery but continue to work on finalizing their responses and objections.

9        Second, plaintiff Dee Hensley-Maclean, a resident of Montana and one of the two

10   proposed class representatives, is the primary caregiver for her mother who recently became very

11   ill.  She will likely be unavailable for deposition through the end of the year.  Plaintiffs' counsel

12   expects that Ms. Hensley-Maclean may be available for deposition in January 2013.

13       Third, the parties have agreed that plaintiff Jennifer Rosen's deposition may be taken on

14   December 18, 2012.

15       Accordingly, the parties stipulate and request that this Court grant an extension of two

16   months on the remaining filing dates relating to the motion for class certification, and reschedule

17   the hearing on class certification accordingly, as follows:

18       1.    **Class Certification Filings.**  Defendant's opposition brief shall be filed no later

19   than January 31, 2013.  Plaintiffs' reply brief shall be filed no later than March 18, 2013.  After

20   the Court rules on class certification, the parties will submit proposed dates for merits discovery,

21   dispositive motions, and trial.

22       2.    **Hearing on Class Certification.**  Hearing on the class certification motion will be

23   set for April 11, 2013 at 1:30 p.m.

24       3.    **Experts and Discovery.**  As required by Fed. R. Civ. P. 26(a)(2), reports from

25   experts retained relating to class certification are due from defendant Safeway by January 31,

26   2013.  Reports from rebuttal experts retained relating to class certification are due by March 18,

27   2013.  The parties will serve all discovery requests relating to class certification so as to

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (SECOND REVISION)

1   be completed by December 31, 2012, however, for good cause shown, a party may conduct class

2   discovery solely relating to rebuttal expert reports after December 31, 2012.

3   **Dated:**  November 21, 2012

4   Respectfully submitted,

5   **Center for Science in the Public Interest**          **Robinson & Wood, Inc.**

6

7   */s/ Stephen Gardner*                                    */s/ Gabriel G. Gregg*

8   Stephen Gardner                                          Jesse F. Ruiz
    Seema Rattan                                             Gabriel G. Gregg
    5646 Milton Street, Suite 211                            227 N. 1st Street
9   Dallas, TX  85206                                        San Jose, CA  95113
    Telephone: (214) 827-2774                                Telephone: (408) 298-7120
10  Facsimile:  (214) 827-2787                               Facsimile:  (408) 298-0477

11

12  Consumer Law Practice of Daniel T. LeBel
    Daniel T. LeBel
13  601 Van Ness Avenue
    Opera Plaza, Suite 2080
    San Francisco, CA  94102

14

15            -and-

16  Steven A. Skalet
17  Craig L. Briskin
    Mehri & Skalet, PLLC
18  1250 Connecticut Ave., NW, Suite 300
    Washington, DC  20036
19  Telephone: (202) 822-5100
    Facsimile: (202) 822-4997

20

21            -and-

22  Whitney Stark
    Rukin Hyland Doria & Tindall LLP
23  100 Pine Street, Suite 2150
    San Francisco, CA  94111
24  Telephone: (415) 421-1800
    Facsimile: (415) 421-1700

25

26            -and-

27

28

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (SECOND REVISION)

1  James C. Sturdevant
   The Sturdevant Law Firm
2  354 Pine Street, Fourth Floor
   San Francisco, CA  94104
3  Telephone: (415) 477-2410
   Facsimile: (415) 477-2420

4

5                                          * * * * *

6  **PURSUANT TO STIPULATION IT IS SO ORDERED:**

7

8  Dated: November 21, 2012                    _____

9                                              RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

799075

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (SECOND
REVISION)