JESSE F. RUIZ [SBN. 77984]
  *jfr@robinsonwood.com*
GABRIEL G. GREGG [SBN. 187333]
  *ggg@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:     (408) 298-0477

Attorneys for Defendant
SAFEWAY INC.

Stephen H.  Gardner (Pro Hac Vice)
  Steve@consumerhelper.com
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, TX  75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>SAFEWAY INC. and DOES ONE through TWENTY, inclusive,<br><br>            Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION**<br>**(SECOND REVISION)**<br><br>Judge:   Hon. Richard Seeborg<br>Dept.:   3 - 17th floor |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Revised Joint Proposed Briefing Schedule for Class Certification in this action which modifies, in part, the Court's previous Order re Joint Briefing Schedule for Class Certification (Dkt. 62).

As set forth in the accompanying Declaration of Gabriel G. Gregg, the plaintiffs filed papers associated with their Motion for Class Certification on October 16, 2012.  In connection with Safeway Inc.'s ("Safeway") opposition to this motion, the parties have encountered certain

discovery issues which they now agree compels them to seek a (likely final) stipulation requesting an extension of the remaining briefing schedule and rescheduling of this Court's hearing date re class certification.

<u>First</u>, on October 22, 2012, Safeway served written discovery concerning class certification on the two proposed class representatives. Safeway had previously propounded written discovery earlier this year, however, that set was placed on hold pending the parties' mediation efforts and settlement discussions. Plaintiffs have attempted to expedite their responses to both sets of written discovery but continue to work on finalizing their responses and objections.

<u>Second,</u> plaintiff Dee Hensley-Maclean, a resident of Montana and one of the two proposed class representatives, is the primary caregiver for her mother who recently became very ill. She will likely be unavailable for deposition through the end of the year. Plaintiffs' counsel expects that Ms. Hensley-Maclean may be available for deposition in January 2013.

<u>Third,</u> the parties have agreed that plaintiff Jennifer Rosen's deposition may be taken on December 18, 2012.

Accordingly, the parties stipulate and request that this Court grant an extension of two months on the remaining filing dates relating to the motion for class certification, and reschedule the hearing on class certification accordingly, as follows:

1. **Class Certification Filings.** Defendant's opposition brief shall be filed no later than January 31, 2013. Plaintiffs' reply brief shall be filed no later than March 18, 2013. After the Court rules on class certification, the parties will submit proposed dates for merits discovery, dispositive motions, and trial.

2. **Hearing on Class Certification.** Hearing on the class certification motion will be set for April 11, 2013 at 1:30 p.m.

3. **Experts and Discovery.** As required by Fed. R. Civ. P. 26(a)(2), reports from experts retained relating to class certification are due from defendant Safeway by January 31, 2013. Reports from rebuttal experts retained relating to class certification are due by March 18, 2013. The parties will serve all discovery requests relating to class certification so as to

be completed by December 31, 2012, however, for good cause shown, a party may conduct class discovery solely relating to rebuttal expert reports after December 31, 2012.

**Dated:** November 21, 2012

Respectfully submitted,

| **Center for Science in the Public Interest** | **Robinson & Wood, Inc.** |
|---|---|
| */s/ Stephen Gardner* | */s/ Gabriel G. Gregg* |
| Stephen Gardner<br>Seema Rattan<br>5646 Milton Street, Suite 211<br>Dallas, TX  85206<br>Telephone: (214) 827-2774<br>Facsimile:  (214) 827-2787 | Jesse F. Ruiz<br>Gabriel G. Gregg<br>227 N. 1st Street<br>San Jose, CA  95113<br>Telephone: (408) 298-7120<br>Facsimile:  (408) 298-0477 |

Consumer Law Practice of Daniel T. LeBel
Daniel T. LeBel
601 Van Ness Avenue
Opera Plaza, Suite 2080
San Francisco, CA  94102


　　　-and-

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997


　　　-and-

Whitney Stark
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

　　　-and-

1  James C. Sturdevant
   The Sturdevant Law Firm
2  354 Pine Street, Fourth Floor
   San Francisco, CA  94104
3  Telephone: (415) 477-2410
   Facsimile: (415) 477-2420
4

5                                                    * * * * *

6  **PURSUANT TO STIPULATION IT IS SO ORDERED:**

7

8  Dated: November 21, 2012                          _____
                                                     RICHARD SEEBORG
9                                                    UNITED STATES DISTRICT JUDGE