JESSE F. RUIZ [SBN. 77984]
jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
ggg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:    (408) 298-0477

*Attorneys for Defendant SAFEWAY INC.*

Stephen H.  Gardner (*Pro Hac Vice*)
SGardner@cspinet.org
Center for Science in the Public Interest
5646 Milton Street, Suite 714
Dallas, TX  75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC. and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION** AND ORDER AS MODIFIED **(THIRD REVISION)** BY THE COURT<br><br>Judge:    Hon. Richard Seeborg<br>Dept.:    3 - 17th floor |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Revised Joint Proposed Briefing Schedule for Class Certification in this action which modifies, in part, the Court's previous Order re Joint Briefing Schedule for Class Certification (Doc. 68).

As set forth in the accompanying Declaration of Stephen Gardner, the plaintiffs filed papers associated with their Motion for Class Certification on October 16, 2012.  In connection

1                                                    3:11-CV-01230 RS

1  with Safeway Inc.'s ("Safeway") opposition to this motion, the parties have encountered certain

2  discovery issues which they now agree compels them to seek a stipulation requesting an extension

3  of the remaining briefing schedule and rescheduling of this Court's hearing date re class

4  certification.

5    First, on October 22, 2012, Safeway served written discovery concerning class certification

6  on the two proposed class representatives. Safeway had previously propounded written discovery

7  earlier this year, however, that set was placed on hold pending the parties' mediation efforts and

8  settlement discussions. Plaintiffs have attempted to expedite their responses to both sets of written

9  discovery but continue to work on finalizing their responses and objections.

10    Second, Plaintiff Dee Hensley-Maclean, a resident of Montana and one of the two

11  proposed class representatives, is the primary caregiver for her mother who is currently recovering

12  from an illness. Although Plaintiff Hensley-Maclean initially believed herself to be available in

13  January 2013, another close family member's serious illness prevented her from being available

14  for deposition in January 2013. Plaintiffs' counsel expects that Ms. Hensley-Maclean may be

15  available for deposition in February or March 2013.

16    Accordingly, the parties stipulate and request that this Court grant an extension of two

17  months on the remaining filing dates relating to the motion for class certification, and reschedule

18  the hearing on class certification accordingly, as follows:

19    1. **Class Certification Filings.**  Defendant's opposition brief shall be filed no later

20  than April 1, 2013.  Plaintiffs' reply brief shall be filed no later than May 16, 2013.  After the

21  Court rules on class certification, the parties will submit proposed dates for merits discovery,

22  dispositive motions, and trial.

23    2. **Hearing on Class Certification.**  Hearing on the class certification motion will be
      13,

24  set for June ~~10~~, 2013 at 1:30 p.m.

25    3. **Experts and Discovery.**  As required by Fed. R. Civ. P. 26(a)(2), reports from

26  experts retained relating to class certification are due from defendant Safeway by April 1, 2013.

27

28

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (THIRD REVISION)

1    Reports from rebuttal experts retained relating to class certification are due by May 16, 2013.

2    **Dated:**  January 17, 2013

3    Respectfully submitted,

4    **Center for Science in the Public Interest**          **Robinson & Wood, Inc.**

5

6    /s/ Stephen Gardner                              /s/ Jesse Ruiz

7    Stephen Gardner                                  Jesse F. Ruiz
     Amanda Howell                                    Gabriel G. Gregg
8    5646 Milton Street, Suite 714                    227 N. 1st Street
     Dallas, TX  85206                                San Jose, CA  95113
9    Telephone: (214) 827-2774                        Telephone: (408) 298-7120
     Facsimile:  (214) 827-2787                       Facsimile:  (408) 298-0477

10

11   Consumer Law Practice of Daniel T. LeBel
     Daniel T. LeBel
12   601 Van Ness Avenue
     Opera Plaza, Suite 2080
13   San Francisco, CA  94102

14          -and-

15   Steven A. Skalet
     Craig L. Briskin
16   Mehri & Skalet, PLLC
     1250 Connecticut Ave., NW, Suite 300
17   Washington, DC  20036
     Telephone: (202) 822-5100
18   Facsimile: (202) 822-4997

19          -and-

20   Whitney Stark
     Rukin Hyland Doria & Tindall LLP
21   100 Pine Street, Suite 2150
     San Francisco, CA  94111
22   Telephone: (415) 421-1800
     Facsimile: (415) 421-1700

23          -and-

24   James C. Sturdevant
25   The Sturdevant Law Firm
     354 Pine Street, Fourth Floor
26   San Francisco, CA  94104
     Telephone: (415) 477-2410
27   Facsimile: (415) 477-2420

28

799075

3                                3:11-CV-01230 RS

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (THIRD REVISION)

* * * * *

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: January _18_, 2013

_____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION RE REVISED JOINT PROPOSED SCHEDULE FOR CLASS CERTIFICATION (THIRD REVISION)