JESSE F. RUIZ [SBN. 77984]
  *jfr@robinsonwood.com*
GABRIEL G. GREGG [SBN. 187333]
  *ggg@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:     (408) 298-0477

Attorneys for Defendant
SAFEWAY INC.

Stephen H.  Gardner (Pro Hac Vice)
  sgardner@cspinet.org
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, TX  75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Attorneys for Plaintiffs and the Proposed Class

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and SARA DUNCAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY INC. and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION RE PROPOSED SCHEDULING ORDER FOLLOWING FILING OF FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER RE SAME**<br><br>Judge:   Hon. Richard Seeborg<br>Dept.:    3 - 17th floor |

Pursuant to this Court's Order dated April 8, 2013 (Doc. 73), and Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Proposed Scheduling Order Following Filing of First Amended Complaint.

As set forth in the parties Stipulation for Leave to File First Amended Complaint and Revise the Scheduling Order filed on April 5, 2013 (Doc. 72), the parties stipulated that plaintiffs

could file a First Amended Complaint in this action and vacate dates relating to the class certification process set forth in the Court's Order dated January 18, 2013 (Doc. 70). Per the Court's Order of April 8, 2013 (Doc. 73) such dates were vacated, and plaintiffs filed their First Amended Complaint on April 16, 2013 (Doc. 74), which substituted a new plaintiff, Sara Duncan, as a proposed class representative.

Following is the parties' stipulated proposal regarding amendment of dates in this action arising out of the filing of the First Amended Complaint.

The parties propose that this Court initially schedule through a motion for class certification as follows. After the Court rules on class certification, the parties will submit proposed dates for merits discovery, dispositive motions, and trial.

1. **Pre-Discovery Disclosures.** The parties will exchange any information required by Fed. R. Civ. P. 26(a)(1) relating to the new plaintiff, Sara Duncan, by May 3, 2013.

2. **Written Discovery.** The parties will serve all new non-expert discovery requests so as to be completed by June 17, 2013. The parties agree to respond to written discovery requests within twenty (20) days rather than the thirty (30) days permitted under the FRCP. As required by Fed. R. Civ. P. 26(a)(2), reports from experts relating to class certification are due from plaintiffs by May 1, 2013, and from Safeway by July 15, 2013. Reports from rebuttal experts are due from plaintiffs by August 30, 2013.

3. **Depositions.** The parties will complete all non-expert depositions by July 1, 2013. Each party will complete depositions of the other party's expert(s) within 20 days of receiving expert reports (10 days for rebuttal experts) and the party producing the expert report shall make its expert available for deposition within that time.

4. **Class Certification.** Plaintiffs' Motion for Class Certification shall be filed with an opening brief on or before May 1, 2013. Safeway's opposition is due on or before July 15, 2013. Plaintiffs' reply is due by August 30, 2013.

5.  **Hearing on Class Certification:** The Court shall schedule the hearing on class certification on or after September 16, 2013.  The hearing date shall be set for <u>  9/19      </u>, 2013, at <u> 1:30 </u>pm.

**Dated: A**pril 18, 2013

Respectfully submitted,

| **Center for Science in the Public Interest** | **Robinson & Wood, Inc.** |
|---|---|
| */s/ Stephen Gardner* | */s/ Gabriel G. Gregg* |
| Stephen Gardner<br>Seema Rattan<br>5646 Milton Street, Suite 211<br>Dallas, TX  85206<br>Telephone: (214) 827-2774<br>Facsimile:  (214) 827-2787 | Jesse F. Ruiz<br>Gabriel G. Gregg<br>227 N. 1st Street<br>San Jose, CA  95113<br>Telephone: (408) 298-7120<br>Facsimile:  (408) 298-0477 |

Consumer Law Practice of Daniel T. LeBel
Daniel T. LeBel
601 Van Ness Avenue
Opera Plaza, Suite 2080
San Francisco, CA  94102


    -and-

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997


    -and-

Whitney Stark
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

    -and-

1  James C. Sturdevant
   The Sturdevant Law Firm
2  354 Pine Street, Fourth Floor
   San Francisco, CA  94104
3  Telephone: (415) 477-2410
   Facsimile: (415) 477-2420
4

5                                           * * * * *

6  **PURSUANT TO STIPULATION IT IS SO ORDERED:**

7

8  Dated: April 22, 2013                    _____
                                             RICHARD SEEBORG
9                                           UNITED STATES DISTRICT JUDGE

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

838575

**ATTESTATION CLAUSE**

I, Gabriel G. Gregg, hereby attest in accordance with General Order 45.X that Stephen Gardner, counsel for Plaintiffs Hensley-Maclean and Rosen, provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION RE PROPOSED SCHEDULING ORDER FOLLOWING FILING OF FIRST AMENDED COMPLAINT**.

Dated: April 18, 2013                    ROBINSON & WOOD, INC.


By:   */s/ Gabriel G. Gregg*
        JESSE F. RUIZ
        GABRIEL G. GREGG
Attorneys for Defendant
SAFEWAY INC.