UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEE HENSLEY-MACLEAN and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAFEWAY, INC.,<br>Defendant. | No. C 11-1230 RS (MEJ)<br><br>**DISCOVERY ORDER RE: DOCKET NO. 96** |

The Court is in receipt of the parties' joint discovery dispute letter, filed August 16, 2013, in which Plaintiffs see to compel the Rule 30(b)(6) deposition of Defendant Safeway. Dkt. No. 96. As Plaintiffs seek this deposition after the discovery deadline, (Dkt. No. 76), the undersigned is unable to grant Plaintiffs' request. Instead, Plaintiffs must submit a request to the presiding judge, Richard Seeborg, to extend the discovery deadline pursuant to Rule 16(b)(4).

**IT IS SO ORDERED.**

Dated: August 19, 2013

_____
Maria-Elena James
United States Magistrate Judge