JESSE F. RUIZ [SBN. 77984]
  jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
  ggg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:     (408) 298-0477

Attorneys for Defendant
SAFEWAY INC.

Stephen H.  Gardner (Pro Hac Vice)
  sgardner@cspinet.org
Center for Science in the Public Interest
5646 Milton Street, Suite 714
Dallas, TX  75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and SARA DUNCAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFEWAY INC.,<br><br>    Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR COURT-ORDERED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:    Hon. Richard Seeborg<br>Dept.:    3 - 17th floor |

Pursuant to this Court's minute order dated September 19, 2013 (Dkt. 103), Plaintiffs and Safeway Inc. ("Safeway") present this Stipulation and [Proposed] Order re Briefing Schedule For Court-Ordered Motion for Partial Summary Judgment ("Motion").  The parties advise the Court that they continue to have a dispute regarding whether or not Plaintiffs are entitled to discovery with respect to the Motion, but have jointly agreed not to delay the filing of this Stipulation on the basis of such dispute.  As necessary, this issue may be raised with this Court at a later time.

After extensive meeting and conferring, the parties have agreed upon a briefing schedule for the Motion which is set forth below.  The parties have attempted to accommodate the Court's observations regarding timing of the Motion's briefing schedule made during the class certification hearing on September 19, and have worked to accommodate the professional and personal commitments of counsel and especially the upcoming holiday season.

**Therefore, the Parties jointly submit,** for the Court's approval, the following proposed briefing schedule:

1. **Deadline to file Motion.** Safeway shall file its Motion by November 18, 2013.
2. **Deadline to file Opposition to Motion.** Plaintiffs shall file their Opposition to the Motion by January 31, 2014.
3. **Deadline to file Reply in Support of Motion**. Safeway shall file its Reply in Support of its Motion by March 7, 2014.
4. **Hearing on Motion.**  The hearing on the Motion shall be scheduled for March 27, 2014, at 1:30 p.m.

**Dated:**  October 18, 2013

Respectfully submitted,

| **Center for Science in the Public Interest** | **Robinson & Wood, Inc.** |
|---|---|
| */s/ Stephen Gardner* | */s/ Gabriel G. Gregg* |
| Stephen Gardner<br>Amanda Howell<br>5646 Milton Street, Suite 714<br>Dallas, TX  85206<br>Telephone: (214) 827-2774 | Jesse F. Ruiz<br>Gabriel G. Gregg<br>227 N. 1st Street<br>San Jose, CA  95113<br>Telephone: (408) 298-7120 |

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

Facsimile: (214) 827-2787                    Facsimile: (408) 298-0477

Consumer Law Practice of Daniel T. LeBel
Daniel T. LeBel
601 Van Ness Avenue
Opera Plaza, Suite 2080
San Francisco, CA  94102

     -and-

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

     -and-

Whitney Stark
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

     -and-

James C. Sturdevant
The Sturdevant Law Firm
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

                              * * * * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 18 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR COURT-ORDERED MOTION
FOR PARTIAL SUMMARY JUDGMENT

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

**ATTESTATION CLAUSE**

I, Gabriel G. Gregg, hereby attest in accordance with General Order 45.X that Stephen Gardner, counsel for Plaintiffs Hensley-Maclean and Duncan, provided his concurrence with the electronic filing of the foregoing document entitled

Dated: October 18, 2013                     ROBINSON & WOOD, INC.


By:   */s/ Gabriel G. Gregg*
         JESSE F. RUIZ
         GABRIEL G. GREGG
      Attorneys for Defendant
      SAFEWAY INC.