JESSE F. RUIZ [SBN. 77984]
 jfr@robinsonwood.com
GABRIEL G. GREGG [SBN. 187333]
 ggg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendant
SAFEWAY INC.

Stephen H.  Gardner (Pro Hac Vice)
  sgardner@cspinet.org
Center for Science in the Public Interest
5646 Milton Street, Suite 714
Dallas, TX  75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and SARA DUNCAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SAFEWAY INC.,<br><br>　　　　　Defendants. | Case No. 3:11-CV-01230 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR COURT-ORDERED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:　Hon. Richard Seeborg<br>Dept.:　3 - 17th floor |

1  Pursuant to this Court's minute order dated September 19, 2013 (Dkt. 103), Plaintiffs and
2  Safeway Inc. ("Safeway") present this Stipulation and [Proposed] Order re Briefing Schedule For
3  Court-Ordered Motion for Partial Summary Judgment ("Motion").  The parties advise the Court
4  that they continue to have a dispute regarding whether or not Plaintiffs are entitled to discovery
5  with respect to the Motion, but have jointly agreed not to delay the filing of this Stipulation on the
6  basis of such dispute.  As necessary, this issue may be raised with this Court at a later time.

7  After extensive meeting and conferring, the parties have agreed upon a briefing schedule
8  for the Motion which is set forth below.  The parties have attempted to accommodate the Court's
9  observations regarding timing of the Motion's briefing schedule made during the class certification
10 hearing on September 19, and have worked to accommodate the professional and personal
11 commitments of counsel and especially the upcoming holiday season.

12 **Therefore, the Parties jointly submit,** for the Court's approval, the following proposed
13 briefing schedule:

14  1.  **Deadline to file Motion.** Safeway shall file its Motion by November 18, 2013.
15  2.  **Deadline to file Opposition to Motion.** Plaintiffs shall file their Opposition to the
16      Motion by January 31, 2014.
17  3.  **Deadline to file Reply in Support of Motion**. Safeway shall file its Reply in
18      Support of its Motion by March 7, 2014.
19  4.  **Hearing on Motion.**  The hearing on the Motion shall be scheduled for March 27,
20      2014, at 1:30 p.m.

21 **Dated:** October 18, 2013

22 Respectfully submitted,

23 **Center for Science in the Public Interest**          **Robinson & Wood, Inc.**

24
25 */s/ Stephen Gardner*                                   */s/ Gabriel G. Gregg*

26 Stephen Gardner                                         Jesse F. Ruiz
   Amanda Howell                                          Gabriel G. Gregg
27 5646 Milton Street, Suite 714                           227 N. 1st Street
   Dallas, TX  85206                                      San Jose, CA  95113
28 Telephone: (214) 827-2774                               Telephone: (408) 298-7120

Robinson & Wood, Inc.
Attorneys at Law

Facsimile: (214) 827-2787                          Facsimile: (408) 298-0477

Consumer Law Practice of Daniel T. LeBel
Daniel T. LeBel
601 Van Ness Avenue
Opera Plaza, Suite 2080
San Francisco, CA  94102


    -and-

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

    -and-

Whitney Stark
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

    -and-

James C. Sturdevant
The Sturdevant Law Firm
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

* * * * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 18 2013

                                RICHARD SEEBORG
                                UNITED STATES DISTRICT JUDGE

Robinson & Wood, Inc.
Attorneys at Law

## ATTESTATION CLAUSE

I, Gabriel G. Gregg, hereby attest in accordance with General Order 45.X that Stephen Gardner, counsel for Plaintiffs Hensley-Maclean and Duncan, provided his concurrence with the electronic filing of the foregoing document entitled

Dated: October 18, 2013                    ROBINSON & WOOD, INC.


By:   */s/ Gabriel G. Gregg*
        JESSE F. RUIZ
        GABRIEL G. GREGG
Attorneys for Defendant
SAFEWAY INC.