1   DANIEL T. LEBEL, SBN 246169
    **CONSUMER LAW PRACTICE OF DANIEL T. LEBEL**
2   3 Embarcadero Center, Suite 1650
    San Francisco, CA 94111
3   danlebel@consumerlawpractice.com
    Tel: (415) 513-1414
4   Fax: (877) 563-7848

5   STEPHEN GARDNER (*PRO HAC VICE*)
    **CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
6   5646 Milton Street, Suite 211
    Dallas, Texas 75206
7
    *Counsel for Plaintiffs and the Proposed Class*
8
    JESSE F. RUIZ, SBN 77984
9   **ROBINSON & WOOD, INC.**
    227 N. 1st Street
10  San Jose, CA 95113
    jfr@robinsonwood.com
11  Tel: (408) 298-7120
    Fax: (408) 298-0477
12

13  *Counsel for Defendant, Safeway, Inc.*

14                              UNITED STATES DISTRICT COURT

15                            NORTHERN DISTRICT OF CALIFORNIA

16                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and SARA DUNCAN, on behalf of themselves and those similarly situated,<br>Plaintiffs,<br>v.<br>SAFEWAY, INC. and DOES 1-20,<br>Defendants. | Case No. CV 11-01230 RS<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Fed. R. Civ. P. 26 and the Court's Standing Order Re: Initial Case Management, counsel for Plaintiffs Dee Hensley-Maclean and Sara Duncan ("Plaintiffs") and counsel for Defendant Safeway, Inc. ("Safeway") (collectively, the "Parties") held a Rule

26(f) conference on April 18, 2014, as directed by the Court (Doc. 126), and submit this Updated Joint Case Management Statement.

## A.  DATE CASE WAS FILED

On February 2, 2011, this action was filed in the Superior Court of California, Alameda County.

## B.  DESCRIPTION OF PARTIES

**Plaintiffs**

Plaintiffs Dee Hensley-Maclean and Sara Duncan regularly shop at Safeway. Both purchased Recalled Products from Safeway.

**Defendants**

Safeway, Inc. is organized and incorporated under the laws of the State of Delaware, with its principal place of business at 5918 Stoneridge Mall Road, Pleasanton, California 94588-3229. Safeway operates under different trade names in some areas of the country, such as Vons in Southern California and Nevada, Randalls and Tom Thumb in Texas, and Carrs in Alaska.

The true names and capacities of Defendants sued as Does 1 through 20 are unknown to Plaintiffs at this time.

## C.  SUMMARY OF CLAIMS

**Plaintiffs**

Plaintiffs allege that Safeway fails to provide adequate notice of recalls of dangerous food items to its Club Card customers who have purchased Recalled Products, causing damage, in violation of the California Consumers Legal Remedies Act, the California Unfair Competition Law, the duty to warn, and the implied warranty of merchantability.

**Defendant**

Safeway denies Plaintiffs' allegations and has raised a number of affirmative defenses, including primary jurisdiction, lack of standing, and failure to meet the requirements for class certification.

### D. EVENTS UNDERLYING ACTION

In 2008, Hensley-Maclean used her Club Card to purchase snack foods containing peanut butter that were later recalled. Safeway did not notify Hensley-Maclean about the recall of the snack foods.

In 2010, Plaintiff Sara Duncan used her Club Card to purchase eggs that were later recalled. Safeway did not notify Duncan about the recall of the eggs.

### E. DESCRIPTION OF RELIEF SOUGHT, DAMAGES CLAIMED, AND EXPLANATION OF COMPUTATION OF DAMAGES

**Monetary relief.** Plaintiffs seek to recover, for themselves and for the members of the class, (1) economic damages, (2) refunds, (3) any available statutory or punitive damages, (4) attorneys' fees, and (5) costs. Monetary damages are calculable as the prices paid by members of the class for recalled products, as identified in Safeway's Club Card records.

**Declaratory relief.** Plaintiffs seek a declaration that Safeway's failure to notify Club Card members of Recalled Products and issue them a refund (1) is an unfair and deceptive act and practice pursuant to the California Consumers Legal Remedies Act and the

California Unfair Competition Law, (2) violates Safeway's duty warn its customers of recalls, and (3) is a breach of the warranty of merchantability.

**Equitable relief**. Plaintiffs seek an order directing Safeway to (1) use Club Card information to inform customers who purchase Recalled Products in the future, (2) make restitution of prices paid by members of the class for recalled products in the past, and (3) disgorge its profits from the sale of Recalled Products.

### F.  STATUS OF DISCOVERY

The parties have engaged in significant discovery, and no requests are pending.

Plaintiffs seek leave to reopen discovery for all purposes, including: (1) documents relating to Sara Duncan; (2) documents reflecting the current number of active Club Card members and their contact information (in California and nationally); (3) documents identifying each Recalled Product from February 2, 2007 to the present (in California and nationally), including date, store and price paid; (4) refunds to any class member for Recalled Products purchased from February 2, 2007 to the present (in California and nationally); (5) communications with third parties relating to Recalled Products; and (6) the forms of notice Safeway provided to class members relating to Recalled Products from February 2, 2007 to the present.

Safeway will produce documents relating to Sara Duncan without further request.

### G.  RELEVANT PROCEDURAL HISTORY OF CASE

September 19, 2013   The Court heard argument on Plaintiffs' Amended Motion for Class Certification (Doc. 78), but terminated the hearing and requested· Safeway to file a motion for summary judgment on the issue whether Safeway had a post-sale duty to warn. The Court allowed Plaintiffs to withdraw the Motion for Class Certification, without prejudice.

November 18, 2013   Safeway filed its Motion for Partial Summary Judgment (Doc. 109).

| | | |
|---|---|---|
| January 31, 2014 | | Plaintiffs filed their Opposition to the Motion (Doc.115). |
| March 7, 2014 | | Safeway filed its Reply in support of the Motion (Doc. 124). |
| April 7, 2014 | | The Court denied the Motion and directed the parties to appear for a further case management conference on May 15, 2014 at 10:00 a.m. and to file this updated case management statement by May 8, 2014 (Doc. 126). |

### H. OTHER DEADLINES

There are no deadlines currently in place.

### I. PROPOSED SCHEDULE

The parties propose that the Court initially schedule through a determination on class certification, with final trial deadlines set after determination as to class certification.

1. **Discovery**. Plaintiffs will serve discovery requests by May 26, 2014, if the Court reopens discovery.

2. **Class Certification**. Plaintiffs' class certification motion pursuant to Federal Rule of Civil Procedure 23 will be filed with an opening brief on or before August 29, 2014. Safeway's opposition brief will be filed no later than October 29, 2014. Plaintiffs' reply brief will be filed no later than December 29, 2014.

3. **Hearing**. The parties propose that the motion be heard at 1:30 p.m. on January 28, 2015.

### J. REQUEST FOR REMOVAL OF JENNIFER ROSEN

Although Sara Duncan has been substituted for Jennifer Rosen, the online court documents still reflect Rosen as a plaintiff. The parties request the Court to direct the clerk's office to take steps to substitute Duncan for Rosen in the case caption.

Dated: May 7, 2014

Respectfully submitted,

| **Center for Science in the Public Interest** | **Robinson & Wood, Inc.** |
|---|---|
| /s/ Stephen Gardner<br>Stephen Gardner<br>Amanda Howell<br>5646 Milton Street, Suite 714<br>Dallas, TX 75206<br>Telephone: (214) 827-2774<br>Facsimile: (214) 827-2787 | /s/ Jesse F. Ruiz<br>Jesse F. Ruiz<br>227 N. 1st Street<br>San Jose, CA 95113<br>Telephone: (408) 298-7120<br>Facsimile: (408) 298-0477 |
| *Lead Counsel for Plaintiffs* | *Counsel for Defendant, Safeway, Inc.* |

- and -

**Consumer Law Practice of Daniel T. LeBel**
Daniel T. LeBel
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 513-1414
Fascimile: (877) 563-7848

- and -

**Mehri & Skalet, PLLC**
Steven A. Skalet
Craig L. Briskin
1250 Connecticut Ave., N.W., Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

- and -

**The Sturdevant Law Firm, APC**
James C. Sturdevant
354 Pine Street, Fourth Floor
San Francisco CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

- and -

**Terrell Marshall Daudt & Willie PLLC**
Whitney Stark
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Counsel for Plaintiffs and the Proposed Class*

### CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing to be served upon Counsel of Record for the Defendant via ECF on May 7, 2014

/s/ Stephen Gardner
Stephen Gardner

**JOINT CASE MANAGEMENT STATEMENT**
Case No. CV 11-01230 RS
7