IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and SARA DUNCAN, on behalf of themselves and those similarly situated,<br><br>        Plaintiff,<br>v.<br>SAFEWAY, INC. and DOES 1-20,<br><br>        Defendants.<br>_____/ | No. C 11-01230  RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 15, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    CLASS CERTIFICATION.

    A.  On or before August 29, 2014, plaintiffs will file their motion for class certification.

    B.  On or before October 29, 2014, defendant will file its opposition to class certification.

    C.  On or before December 29, 2014, plaintiffs will file their reply, if any, to defendant's opposition.

D.  Plaintiffs' motion for class certification shall be heard on January 23, 2015, at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   May 15, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER