IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, and JENNIFER ROSEN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>SAFEWAY, INC.,<br><br>        Defendant.<br>_____/ | **No. C  11-1230 RS**<br><br>**ORDER RE MOTION TO SHORTEN TIME AND MOTION TO STAY** |

    Defendant seeks a stay of this matter in view of its lead counsel's health condition, and request that the issue be decided on shortened time. Plaintiffs have advised that they do not oppose an order shortening time. The parties are hereby directed to meet and confer to attempt to resolve the scheduling issues presented by counsel's health circumstances. While leave has been granted to file the details of those circumstances under seal, they have not yet been provided to the Court. There is no reason to doubt, however, that some reasonable accommodation in scheduling must be made. In general, though, stays of indefinite length are disfavored, and at some point a party's interest in being represented by its preferred counsel must yield to the need for timely disposition of litigation. With those principles in mind, the parties should endeavor to reach a jointly-agreed plan

for adjusting the present schedule, perhaps including various options that will be followed, depending on future developments.

Within 10 days of the date of this order, the parties shall submit either a stipulation embodying the agreements they reach, or a joint report setting forth their respective positions if they cannot agree.

IT IS SO ORDERED.

Dated: 9/4/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE