UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE HENSLEY-MACLEAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>    Defendant. | Case No. 11-cv-01230-RS<br><br>**ORDER RE STATUS** |

On September 16, 2014, this action was stayed in its entirety through October 15, 2014, to permit defendant to obtain new counsel. Plaintiff had proposed that any stay order also address certain discovery timing issues and revisions to the schedule for class certification briefing. The order instead provided for the parties to meet and confer on those issues upon retention of new counsel, and to file appropriate stipulations. In the event disputes remained, the parties were to file a joint statement "setting out the remaining disagreements and their respective proposals."

On October 17, 2014, the parties presented a stipulation, subsequently entered as an order, setting out the new class certification briefing schedule. The stipulation reported that meet and confer discussions regarding discovery would be ongoing, and that any disputes the parties could not resolve would be presented to the Court on or before November 14, 2014.

On November 14, 2014, the parties filed a "status report" describing their discovery disputes and indicating that motion practice will be necessary. While it appears either or both sides may be contemplating intervention by the undersigned, neither has made a clear proposal or

1  request for relief.  Discovery disputes have been referred to the assigned magistrate judge and
2  should be presented to her, pursuant to her standing procedures.   If further relief from the class
3  certification briefing schedule or other case management deadlines becomes necessary, the parties
4  may proceed by stipulation or motion presented to the undersigned.

**IT IS SO ORDERED**.

Dated: November 26, 2014

_____
RICHARD SEEBORG
United States District Judge