United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  DEE HENSLEY-MACLEAN, et al.,            Case No. 11-cv-01230-RS  (MEJ)
          Plaintiffs,
8                                          **DISCOVERY ORDER**
       v.
9                                          Re: Dkt. No. 150
   SAFEWAY INC.,
10
          Defendant.
11
12
13     The Court is in receipt of the parties' joint discovery letter, filed December 5, 2014. Dkt.
14 No. 150. As the letter fails to comply with paragraphs 2, 3, and 5 of the undersigned's Discovery
15 Standing Order, it is DENIED WITHOUT PREJUDICE.
16     **IT IS SO ORDERED.**
17
18 Dated: December 8, 2014
19                                         _____
20                                         MARIA-ELENA JAMES
                                           United States Magistrate Judge
21
22
23
24
25
26
27
28