1   DANIEL T. LEBEL, SBN 246169
    **CONSUMER LAW PRACTICE OF DANIEL T. LEBEL**
2   3 Embarcadero Center, Suite 1650
    San Francisco, CA 94111
3   danlebel@consumerlawpractice.com
    Tel: (415) 513-1414
4   Fax: (877) 563-7848

5   STEPHEN GARDNER (*PRO HAC VICE*)
    **STANLEY LAW GROUP**
6   6116 N. Central Expy., Ste. 1500
    Dallas, Texas 75206
7
    *Counsel for Plaintiffs and the Proposed Class*
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  DEE HENSLEY-MACLEAN and          )   Case No. CV 11-01230 RS
    SARA DUNCAN, on behalf of        )
13  themselves and those similarly situated, )
    Plaintiffs,                      )   [PROPOSED] **STIPULATED ORDER**
14                                   )   **FOR EXTENSION OF THE CLASS**
                                     )   **CERTIFICATION SCHEDULE**
15         v.                        )
                                     )
16  SAFEWAY, INC. and DOES 1-20,     )
    Defendants.                      )
17                                   )
                                     )
18  ─────────────────────────────────

19         The parties respectfully file this Proposed Stipulated Motion for Extension of the Class

20  Certification Schedule.

21         On October 20, 2014, this Court entered an Order titled Stipulation re Revised Joint

22  [Proposed] Schedule for Class Certification ("Order") (Dkt. No. 147). The Order set a briefing

23  schedule on Plaintiffs' motion for class certification, requiring Plaintiffs opening brief to be filed

24  on or before January 8, 2015, and a hearing date of June 11, 2015.

25         The Order stated that all discovery regarding Plaintiffs' motion for class certification

26  should be completed by December 19, 2014.  The Order also required the parties to "meet and

27
    ─────────────────────────────────────────────────────────────
28       [PROPOSED] STIPULATED ORDER FOR EXTENSION OF THE CLASS CERTIFICATION SCHEDULE
                          Case No. CV 11-01230 RS

                                   1

confer in good faith on outstanding discovery issues regarding Plaintiffs' motion for class certification so that, on or before November 14, 2014, they will present to the Court any issues that remain unresolved."  Safeway served objections and responses to Plaintiffs' requests for admission and a Rule 30(b)(6) deposition notice on November 11, 2014; objections and responses to Plaintiffs' requests for production on November 13, 2014; and objections and response to Plaintiffs' interrogatories on November 14, 2014.  Although Safeway's document request responses state that it will produce responsive documents, but Safeway has yet to produce any documents.

On November 14, 2014, per the Court's order the parties filed a Joint Case Status Report, in which Plaintiffs explained that they had reached an impasse on several discovery issues (Dkt. No. 148).  This Court entered an order stating that any discovery disputes should be presented to the assigned magistrate judge, and that "[i]f further relief from the class certification briefing schedule or other case management deadlines becomes necessary, the parties may proceed by stipulation or motion presented to the undersigned."  (Dkt. No. 149).

Plaintiffs filed a motion to compel regarding their Rule 30(b)(6) deposition notice on December 8, 2014 (Dkt. No. 152).  Plaintiffs asked the Court to overrule Safeway's objections to providing testimony regarding its recall policies, practices and procedures, and not just concerning recalls of eggs and peanut butter products; and its objections to providing testimony on the "Just for U" program, which Safeway uses to communicate directly with customers on their smartphones.  On December 16, 2014, the Court granted Plaintiffs' motion, overruling Safeway's objections on all of the substantive topics on which Safeway refused to provide testimony, and ordered Safeway to produce witnesses to testify within 30 days from the date of its Order, *i.e.*, January 15, 2015 (Dkt. No. 153).

Given the Court's order setting a new deadline for Safeway to designate and produce its corporate designees for deposition, the parties request that the Court remove the discovery deadline

and extend Plaintiffs' time to file their opening brief in support of class certification to **February 26, 2015**; Safeway's opposition brief should be filed no later than **March 19, 2015**; and Plaintiffs' reply brief, if any, should be filed no later than **April 9, 2015**.  The parties propose that the hearing date be maintained as **June 11, 2015.**

Respectfully submitted,

CONSUMER LAW PRACTICE                    ARNOLD & PORTER LLP
OF DANIEL   T. LEBEL

By:  /s/ *Daniel T. LeBel*                          By:  /s/ *Trenton H. Norris*
  Attorney for Plaintiffs                          Attorney for Defendant
                 SAFEWAY INC.

### ATTESTATION

  I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories on this e-filed document.

Dated:  December 19, 2014                    CONSUMER PRACTICE
                OF DANIEL T. LEBEL

                By:  /s/ *Daniel T. LeBel*

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated:  _12/19/14_____          _____
                HON. RICHARD SEEBORG
                U.S.D.J.

---

[PROPOSED] STIPULATED ORDER FOR EXTENSION OF THE CLASS CERTIFICATION SCHEDULE
Case No. CV 11-01230 RS