UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE HENSLEY-MACLEAN, et al., <br><br>       Plaintiffs, <br><br>    v. <br><br> SAFEWAY INC., <br><br>       Defendant. | Case No.  11-cv-01230-RS   (MEJ) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 156 |

On December 19, 2014, the parties filed a joint letter which sets forth an outstanding discovery dispute between Plaintiffs and Defendant Safeway Inc. regarding: (1) Plaintiffs Dee Hensley-Maclean and Sara Duncan's Requests for Production of Documents, Set Three, served on June 11, 2014; and (2) Safeway's Rule 26 Initial Disclosures for Plaintiff Sara Duncan.  Dkt. No. 156.  Plaintiffs informed the Court that they filed the letter "in all due caution to comply with existing deadline" of December 19, but that "[n]egotiations between the parties on the issue of burden continue."  Thus, as the parties may have resolved some or all of the issues raised in their letter after the deadline, the Court ORDERS the parties to file a joint status letter by January 7, 2015.  The parties shall advise the Court as to the status of their negotiations and changes, if any, in their positions since filing the letter.  Each side shall be permitted one page.

      **IT IS SO ORDERED.**

Dated: December 30, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge