Stephen Gardner (*pro hac vice*)
STANLEY LAW GROUP
6116 N. Central Expy., Ste. 1500
Dallas, Texas 75206
Telephone: (214) 443-4300
Facsimile: (214) 443-0358
Email: steve@consumerhelper.com

Attorneys for Plaintiffs
DEE HENSLEY-MACLEAN, et al.


ARNOLD & PORTER LLP
Trenton H. Norris (SBN 164781)
trent.norris@aporter.com
Monty Agarwal (SBN 191568)
monty.agarwal@aporter.com
Jonathan L. Koenig (SBN 281737)
jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAFEWAY INC., et al, <br><br> Defendant. | Case No.: 11-01230 RS <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULES FOR DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. Richard Seeborg <br> Dept.: 3 - 17th Floor |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Joint Stipulation and [Proposed] Order Extending the Briefing Schedules for Defendant's Motion to Dismiss and Motion for Summary Judgment and Plaintiffs' Motion for Class Certification.

1   On December 22, 2014, the Court entered a Stipulated Order extending the class certification schedule to allow additional time for discovery (Dkt. #158).  Pursuant to that order, Plaintiffs' motion for class certification is currently due on February 26, 2015, Safeway's opposition is due on March 19, 2015, Plaintiffs' reply is due on April 9, 2015, and the hearing is scheduled for June 11, 2015 at 1:30 p.m.

On January 26, 2015, Safeway filed its Motion to Dismiss and Motion for Summary Judgment (Dkt. # 165), which challenges Plaintiffs' standing to bring this suit.  Plaintiffs' opposition is currently due February 9, 2015, Safeway's reply is due February 17, 2015, and the hearing is currently scheduled for March 19, 2015 at 1:30 p.m.

The parties propose that Safeway's Motion to Dismiss and Motion for Summary Judgment be resolved prior to Plaintiffs bringing any Motion for Class Certification since the motion raises the issue of whether Plaintiffs have standing and thus whether this Court has jurisdiction over this suit.  Plaintiffs also requests additional time to respond to Safeway's Motion to Dismiss and Motion for Summary Judgment, including to complete depositions already planned and to conduct discovery targeted at the issues raised in Safeway's standing arguments, specifically, whether the 6 count packages of Lucerne eggs purchased by one of the named Plaintiffs was exempt from the 2010 egg recall.  Accordingly, the parties propose and stipulate to extend the foregoing schedule as follows:

1. **Safeway's Motion to Dismiss and Motion for Summary Judgment.**
   a) Plaintiffs' opposition due February 23, 2015.
   b) Safeway's reply due March 9, 2015.
   c) Hearing set for April 30, 2015 at 1:30 p.m.
2. **Plaintiffs' Motion for Class Certification**.
   a) Plaintiffs' motion for class certification, if necessary, to be due twenty days after the Court issues an order ruling on Safeway's Motion to Dismiss and Motion for Summary Judgment.
   b) Safeway's opposition due within 28 days of Plaintiffs' motion.
   c) Plaintiffs' reply due within 14 days of Safeway's opposition.

     d) Hearing set for the first available hearing date following Plaintiffs' reply or at the date most convenient to the Court.

The parties further stipulate and agree that until an order is issued on Safeway's Motion to Dismiss and Motion for Summary Judgment, discovery shall be limited to and narrowly tailored to address issues raised by Safeway's Motion to Dismiss and Motion for Summary Judgment.

Respectfully submitted,

| STANLEY LAW GROUP | ARNOLD & PORTER LLP |
|---|---|
| By: */s/ Stephen Gardner*<br>Stephen Gardner<br>Attorneys for Plaintiffs | By: */s/ Monty Agarwal*<br>Monty Agarwal<br>Attorneys for Defendant<br>SAFEWAY INC. |

### ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories on this e-filed document.

Dated:  February 9, 2015                    ARNOLD & PORTER LLP

                                                          By:  */s/ Monty Agarwal*
                                                               Monty Agarwal

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: 2/10/2015                    _____
                                             HON. RICHARD SEEBORG
                                             UNITED STATES DISTRICT COURT JUDGE