Stephen Gardner (*pro hac vice*)
STANLEY LAW GROUP
6116 N. Central Expy., Ste. 1500
Dallas, Texas 75206
Telephone: (214) 443-4300
Facsimile: (214) 443-0358
Email: steve@consumerhelper.com

Attorneys for Plaintiffs
DEE HENSLEY-MACLEAN, et al.


ARNOLD & PORTER LLP
Trenton H. Norris (SBN 164781)
trent.norris@aporter.com
Monty Agarwal (SBN 191568)
monty.agarwal@aporter.com
Jonathan L. Koenig (SBN 281737)
jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAFEWAY INC., et al, <br><br> Defendant. | Case No.: 11-01230 RS <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING THE BRIEFING SCHEDULES FOR DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge:  Hon. Richard Seeborg <br> Dept.:   3 - 17th Floor |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Joint Stipulation and [Proposed] Order Extending the Briefing Schedules for Defendant's Motion to Dismiss and Motion for Summary Judgment and Plaintiffs' Motion for Class Certification.

1   On January 26, 2015, Safeway filed its Motion to Dismiss and Motion for Summary
2 Judgment (Dkt. # 165)("Defendant's Motion"), which challenges Plaintiffs' standing to bring this
3 suit.  On February 10, 2015, the Court entered the parties' stipulation extending the briefing
4 schedule for Defendant's Motion and providing that briefing on Plaintiffs' Motion for Class
5 Certification would trail the Court's ruling on Defendant's Motion.  Although both parties approved
6 the prior stipulation, Plaintiffs inadvertently agreed to incorrect dates.  Plaintiffs have indicated that
7 they will be sending subpoenas two non-parties for discovery and will need additional time to do so.
8 Moreover, in the prior stipulation, the parties requested a hearing date of April 30, 2015.  The
9 Court, however, has set the hearing for Defendant's Motion for May 14, 2015, a date on which
10 counsel for Defendant is regrettably unavailable.  The parties now propose the following
11 modifications to the Court's prior schedule:

**Defendant's Motion to Dismiss and Motion for Summary Judgment**.

(1) Plaintiffs' Opposition due on March 26, 2015;

(2) Defendant's Reply due April 23, 2015;

(3)  Hearing on May 21, 2015, subject to the Court's availability.

**Plaintiffs' Motion for Class Certification**.

(1) Plaintiffs' motion for class certification, if necessary, to be due twenty days after the Court issues an order ruling on Safeway's Motion to Dismiss and Motion for Summary Judgment.

(2) Safeway's opposition due within 21 days of Plaintiffs' motion.

(3) Plaintiffs' reply due within 21 days of Safeway's opposition.

(4) Hearing set for the first available hearing date following Plaintiffs' reply or at the date most convenient to the Court.

**IT IS SO STIPULATED**

Respectfully submitted,

| | |
|---|---|
| STANLEY LAW GROUP | ARNOLD & PORTER LLP |
| By: */s/ Stephen Gardner* <br> Stephen Gardner <br> Attorneys for Plaintiffs | By: */s/ Monty Agarwal* <br> Monty Agarwal <br> Attorneys for Defendant <br> SAFEWAY INC. |

## **ATTESTATION**

I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories on this e-filed document.

Dated: February 13, 2015              ARNOLD & PORTER LLP

                                                         By: */s/ Monty Agarwal*
                                                                Monty Agarwal

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: 2/13/2015                         _____
                                                         HON. RICHARD SEEBORG
                                                         UNITED STATES DISTRICT COURT JUDGE