```
 1  ARNOLD & PORTER LLP
    TRENTON H. NORRIS (No. 164781)
 2  trent.norris@aporter.com
    MONTY AGARWAL (No. 191568)
 3  monty.agarwal@aporter.com
    JONATHAN L. KOENIG (No. 281737)
 4  jonathan.koenig@aporter.com
    Three Embarcadero Center, 10th Floor
 5  San Francisco, CA 94111-4024
    Telephone:    415.471.3100
 6  Facsimile:    415.471.3400
 7  Attorneys for Defendant
    SAFEWAY INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN and SARA DUNCAN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAFEWAY INC.,<br><br>            Defendant. | Case No.: 3:11-CV-01230 RS<br><br>**DECLARATION OF MONTY AGARWAL IN SUPPORT OF DEFENDANT SAFEWAY INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND MOTION FOR SUMMARY JUDGMENT AND CERTAIN DECLARATIONS AND EXHIBITS FILED IN SUPPORT THEREOF**<br><br>Date:    May 21, 2015<br>Time:   1:30 p.m.<br>Place:  Courtroom 3 - 17th Floor<br>Judge:  Hon. Richard Seeborg |

I, Monty Agarwal, declare:

1. I am admitted to practice law in the State of California and am Senior Counsel at the law firm of Arnold & Porter LLP, counsel for Safeway Inc. ("Safeway") in this action. I make this Declaration in support of Administrative Motion to File Under Seal Portions of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) and Motion for Summary Judgment and Certain Declarations and Exhibits Filed in Support thereof. Except as stated otherwise, this Declaration is based on my personal knowledge. If called as a witness, I could and would testify competently to the matters contained herein.

2. The designated portions of Safeway's Reply in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) and Motion for Summary Judgment, pages 2:12-14, 15-17, 3:7-9; 4:18, 23-24; 5:1-4, 16, 18, 24, 26, 28; 6:1-2, 10-13; 7:11-13, are subject to sealing because they pertain to either personal shopping records or confidential business information of Safeway or its suppliers

3. Exhibits A-B and paragraphs 3 and 4 of the Declaration of James A. Rocha are subject to sealing because they contain confidential business delivery reports and personal shopping and transaction information for Ms. Hensley-Maclean.

4. Exhibits 4 and 5 and Paragraphs 7 and 8 of the Declaration of Monty Agarwal are subject to sealing because they contain confidential business information provided to Safeway by a third party.

5. Exhibits A and Paragraphs 2 and 3 of the declaration the Declaration of Marlowe Dias are subject to sealing because they contain confidential business information provided to Safeway by a third party.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23th day of April 2015, at San Francisco, California.

/s/ *Monty Agarwal*
MONTY AGARWAL