Stephen Gardner (*pro hac vice*)
**STANLEY LAW GROUP**
6116 N. Central Expy., Ste. 1500
Dallas, Texas 75206
Telephone: (214) 443-4300
Facsimile: (214) 443-0358
Email: steve@consumerhelper.com

**Attorneys for Plaintiffs
Martha Smith and Eleanor Tate**

Monty Agarwal
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: Monty.Agarwal@aporter.com

**Attorneys for Defendant
Safeway Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARTHA SMITH** and **ELEANOR TATE** on behalf of themselves and all others similarly situated,<br><br>　　　　　**Plaintiffs,**<br><br>　v.<br><br>**SAFEWAY INC.,**<br>　　　　　Defendant. | Case No. 3:11-cv-01230-RS<br><br>**STIPULATION AND (PROPOSED) ORDER RESETTING HEARING ON MOTION TO DISMISS**<br><br>Date: September 3, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

　　　　Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation and Proposed Order resetting the briefing deadlines and hearing date on Defendant Safeway Inc.'s Motion to Dismiss (Doc. 195, "Safeway Motion").

　　　　The current briefing schedule conflicts with vacations of two of Plaintiffs' counsel. If the Court agrees with the proposed schedule, the parties also propose to reset the hearing by one week, to allow the Court time to review the completed briefing prior to the hearing. The Court should be aware that the new proposed schedule provides Defendant's counsel

an additional few days to reply, as compared to the regular briefing schedule, to accommodate one of Defendant's counsel's vacation plans in light of Plaintiff's request to continue the schedule. The parties therefor propose the following schedule.

**Safeway Motion**

1. Plaintiffs' opposition to the Safeway Motion is due by August 17, 2015.
2. Safeway's reply in support of its Motion is due by August 28, 2015.
3. Hearing on the Safeway Motion set for September 10, 2015, subject to the Court's availability.

Respectfully submitted,

**STANLEY LAW GROUP**

By: /s/ Stephen Gardner
Stephen Gardner
Attorneys for Plaintiffs
Martha Smith and Eleanor Tate

**ARNOLD & PORTER LLP**

By: /s/ Monty Agarwal
Monty Agarwal
Attorneys for Defendant
Safeway, Inc.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Hearing on the Safeway Motion will be held at 1:30 p.m. on September 10, 2015.

Dated: 7/27/15

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 2 -

**STIPULATION AND (PROPOSED) ORDER RESETTING HEARING ON MOTION TO DISMISS**
Case No. 3:11-cv-01230 RS