Steven A. Skalet (*pro hac vice*)
Craig L. Briskin (*pro hac vice*)
**MEHRI & SKALET, PLLC**
1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
202-822-5100 x116
Email: cbriskin@findjustice.com

**Attorneys for Plaintiffs
Martha Smith and Eleanor Tate**

Monty Agarwal
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: Monty.Agarwal@aporter.com

**Attorneys for Defendant
Safeway Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARTHA SMITH** and **ELEANOR TATE** on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>**SAFEWAY, INC.,**<br>     Defendant. | Case No. 4:11-cv-01230-RS<br><br>**STIPULATION AND (PROPOSED) ORDER RESETTING REPLY BRIEFING AND HEARING ON MOTION TO DISMISS**<br><br>Date: September 10, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation and Proposed Order resetting Defendant Safeway's reply briefing deadline and the hearing date on Defendant Safeway Inc.'s Motion to Dismiss (Dkt. # 195).

The Court currently has before it Defendant Safeway's Motion to Dismiss Plaintiffs' Second Amended Complaint. Safeway filed the motion on July 20, 2015. (Dkt # 195). On July 27, 2015, for the purposes of accommodating vacation schedules, the parties stipulated, and the Court ordered, a revised briefing schedule and hearing date. (Dkt. # 197). Pursuant to the revised schedule, Plaintiffs filed their response to Safeway's motion on August 17, 2015. (Dkt. # 198). Safeway's reply brief is currently due on August 28, 2015 and the hearing is set for September 10, 2015. (Dkt # 197)

The parties have agreed to participate in mediation before JAMS in Washington DC on October 1, 2015, the earliest date available by the selected mediator that also worked for all parties and counsel, and accordingly ask the Court to extend the time for Safeway to file its reply brief from August 28, 2015 to October 16, 2015 and to extend, subject to the Court's availability, the hearing from September 10, 2015 to November 5, 2015. This will allow the parties to complete the mediation process and will reduce unnecessary time and expense for the parties and the Court if a resolution is achieved.

Accordingly, the parties propose the following schedule and respectfully request that the Court reset the briefing and hearing dates as follows.

**Safeway Motion to Dismiss (Dkt. # 195)**

1. Safeway's reply in support of its Motion is due by October 16, 2015, instead of by August 28, 2015.
2. Hearing on the Safeway Motion to be set for November 5, 2015, subject to the Court's availability, instead of September 10, 2015.

Respectfully submitted,

- 2 -

**STIPULATION AND (PROPOSED) ORDER RESETTING HEARING ON MOTION TO DISMISS**
Case No. 11-01230 RS

| MEHRI & SKALET, PLLC | ARNOLD & PORTER LLP |
|---|---|
| By: /s/ Steven Skalet<br>Steven A. Skalet<br>Attorneys for Plaintiffs<br>Martha Smith and Eleanor Tate | By: /s/ Monty Agarwal<br>Monty Agarwal<br>Attorneys for Defendant<br>Safeway Inc. |

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Safeway's reply in support of its Motion is due by October 16, 2015. Hearing on the Safeway Motion will be held at 1:30 p.m. on November 5, 2015.

Dated: 8/27/15

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND (PROPOSED) ORDER RESETTING HEARING ON MOTION TO DISMISS
Case No. 11-01230 RS