1 | MEHRI & SKALET, PLLC
STEVEN A. SKALET (*pro hac vice*)
1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
202-822-5100
Email: sskalet@findjustice.com

Attorneys for Plaintiffs
Martha Smith and Eleanor Tate

ARNOLD & PORTER LLP
TRENTON H. NORRIS (No. 164781)
trent.norris@aporter.com
MONTY AGARWAL (No. 191568)
monty.agarwal@aporter.com
JONATHAN L. KOENIG (No. 281737)
jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE HENSLEY-MACLEAN, *et al.*, | Case No.: 3:11-CV-01230 RS |
| Plaintiffs, | **JOINT NOTICE OF PENDING SETTLEMENT** |
| v. | |
| SAFEWAY INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that the parties to this action, current Plaintiffs Martha Smith and Eleanor Tate ("Plaintiffs") and Defendant Safeway Inc. ("Defendant"), have reached a tentative resolution of this matter and are in the process of putting the agreement into a final binding written form.

Plaintiffs and Defendant hereby request that the Court take off calendar all pending motions so as to allow to parties to work toward a final agreement.  The parties propose to provide the Court with an update in thirty (30) days, if by such time the parties have not yet completed their work.

Dated: November 4, 2015                MEHRI & SKALET, PLLC


By:   */s/ Steven Skalet*
      Steven Skalet

      Attorneys for Plaintiffs MARTHA SMITH and ELEANOR TATE.


Dated: November 4, 2015                ARNOLD & PORTER LLP


By:   */s/ Monty Agarwal*
      Trenton H. Norris
      Monty Agarwal
      Jonathan L. Koenig

      Attorneys for Defendant SAFEWAY INC.


**ATTESTATION**

I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories on this e-filed document.

Dated:  November 4, 2015                ARNOLD & PORTER LLP


By:  */s/ Monty Agarwal*
     Monty Agarwal