**STANLEY LAW GROUP**
Stephen Gardner (*pro hac vice*)
6116 N. Central Expy., Ste. 1500
Dallas, Texas 75206
Telephone: (214) 443-4300
Facsimile: (214) 443-0358
Email: steve@consumerhelper.com

**Attorneys for Plaintiffs
MARTHA SMITH and ELEANOR TATE**

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
trent.norris@aporter.com
Monty Agarwal (SBN 191568)
monty.agarwal@aporter.com
Jonathan L. Koenig (SBN 281737)
jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

**Attorneys for Defendant
SAFEWAY INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MARTHA SMITH** and **ELEANOR TATE** on behalf of themselves and all others similarly situated,<br><br>         **Plaintiffs,**<br><br>   v.<br><br>**SAFEWAY, INC.,**<br>         Defendant. | Case No. 4:11-cv-01230-RS<br><br>**STIPULATION AND (PROPOSED) ORDER RESETTING CASE MANAGEMENT CONFERENCE**<br><br>Date: March 17, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Joint Stipulation and [Proposed] Order briefly resetting the Case Management Conference.

The Court *sua sponte* set a Case Management Conference for 10:00 a.m., March 17, 2016 (Doc. 207). Regrettably, Stephen Gardner, one of the counsel for plaintiffs, is committed to attend and speak at a conference on food law in Washington, DC on March 17-18, and thus cannot attend the Case Management Conference on March 17, but will attend if it is moved one week.

Defendant does not oppose resetting the Case Management Conference to the next date available on the Court's calendar, on March 24, 2016, at 10:00 a.m., and to set the date for filing a Case Management Statement to March 17, 2016.

Therefore, the parties request that the Court grant the short reset requested.

Respectfully submitted,

STANLEY LAW GROUP                             ARNOLD & PORTER LLP

By:  /s/ Stephen Gardner                             By:  /s/ Monty Agarwal
    Stephen Gardner                                   Monty Agarwal
    Attorneys for Plaintiffs                              Attorneys for Defendant
                                                                  SAFEWAY INC.

## **ATTESTATION**

I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories on this e-filed document.

Dated: February 26, 2016                          STANLEY LAW GROUP

                                                                  By:  /s/ Stephen Gardner
                                                                       Stephen Gardner

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated:  2/26/16

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE