United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE HENSLEY-MACLEAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAFEWAY INC.,<br><br>　　　　Defendant. | Case No.  11-cv-01230-RS   (KAW)<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

　　　　If no dismissal is filed by May 13, 2016 as originally planned, Mr. Sturdevant and Mr. Agarwal shall lodge a joint status report regarding any outstanding issues preventing settlement in this case on that date.  Upon receipt of the joint status report, the Court will set a further telephonic settlement conference.

　　　　IT IS SO ORDERED.

Dated: 05/09/16

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge