1  Daniel T. LeBel, SBN 246169
   **CONSUMER LAW PRACTICE**
2  **OF DANIEL T. LEBEL**
   3 Embarcadero Ctr., Ste. 1650
3  San Francisco, California 94111
   *danlebel@consumerlawpractice.com*
4  Tel: (415) 513-1414
   Fax: (877) 563-7848
5

6  *Co Lead Counsel for Plaintiffs*

7

8  Monty M. Agarwal (SBN 191568)
   Jonathan L. Koenig (SBN 281737)
9  **ARNOLD & PORTER LLP**
   Three Embarcadero Center, 10th Floor
10 San Francisco, CA 94111
   Telephone: +1 415.471.3100
11 Facsimile: +1 415.471.3400

12 *Attorneys for Defendant*
   SAFEWAY INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| | |
|---|---|
| MARTHA SMITH *et al.*, individually and behalf of himself and all other similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>                    Defendant. | Case No.: 11-01230 RS<br>ORDER<br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL**<br><br>[FED. R. CIV. P. 41 (A)(1)(A)(ii)] |

1  IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Safeway Inc., and Plaintiffs Eleanor Tate (Shonkoff) and Martha Smith, by and through their undersigned counsel of record, stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs dismiss with prejudice each of their individual claims.  Any class claims are dismissed without prejudice.  Except as otherwise provided for by the Parties, all costs and fees arising out of this action are waived by the Parties.

DATED: May 13, 2016

**ARNOLD & PORTER LLP**

By: __/s/ Monty Agarwal__
    Monty Agarwal
    Attorneys for Defendant
    SAFEWAY INC.

DATED: May 13, 2016

**CONSUMER LAW PRACTICE OF DANIEL T. LEBEL**

By: __/s/ Daniel T. LeBel__
    Daniel T. LeBel
    Co Lead Counsel for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 17, 2016

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE

- 1 -
STIPULATION OF DISMISSAL